**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 560-5460
Facsimile:  (214) 871-2111
jbergh@qslwm.com
**COUNSEL FOR TRANS UNION LLC**

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CARMELLA S. LARKINS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FIRST BANK & TRUST,<br>TRANS UNION, LLC,<br><br>　　　　Defendants. | Case No. 2:20-cv-00144-RFB-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC** |

　　　　Plaintiff Carmella S. Larkins and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

　　　　There are no longer any issues in this matter between Carmella S. Larkins and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

4319512.1

Dated this 13th day of May, 2020.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

/s/ Jennifer Bergh
Jennifer Bergh
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com
*Counsel for Trans Union LLC*

**COGBURN LAW OFFICES**

/s/ Erik W. Fox
Jamie S. Cogburn
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Counsel for Plaintiff*

**IT IS SO ORDERED.**

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATE DISTRICT JUDGE

**DATED** this 14th day of May, 2020.

4319512.1

1